**Opinion issued February 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00114-CV**

———————————

## IN RE WISENBAKER BUILDER SERVICES, INC., Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Wisenbaker Builder Services, Inc. filed a petition for writ of mandamus challenging the trial court's August 17, 2023 order compelling relator to participate in arbitration.[1]

---

[1] The underlying case is *Jack Richard Skufca, Jr., Erin Skufca, Individually and as Next Friend of KSX Minor Child 1 and KSXX, Minor Child 2 v. Taylor Morrison of Texas, Inc. and Taylor Woodrow Communities-League City, Ltd. v. Houston Air Repair, LLC. d/b/a Houk Air Conditioning*, cause number 19-CV-1574, pending in the 56th District Court of Galveston County, Texas, the Honorable Lonnie Cox presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.